UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff(s),

   v.

SATWANT SINGH, Individually and d/b/a HI TECH,

        Defendant(s).

NO. 2:07-cv-2076 FCD JFM

ORDER

----oo0oo----

    The defendant in this matter, SATWANT SINGH, is appearing in propria persona. Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate Judge John F. Moulds for all pretrial scheduling and proceedings.

    IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**.

    IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: 2:07-cv-2076 FCD JFM PS.  The Clerk shall issue an Initial Scheduling order for the assigned magistrate judge.

DATED: January 24, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1