IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

       Plaintiff,                          No. CIV S-07-2076 FCD JFM

    vs.

SATWANT SINGH, Individually
and d/b/a Hi Tech,

       Defendants.                     <u>ORDER</u>

_____/

        Plaintiff initiated this action under Title III of the Americans with Disabilities Act by filing his complaint on October 3, 2007.  Plaintiff's complaint seeks damages and injunctive relief from defendants for their failure to provide a van accessible disabled parking space, accessible route, accessible entrance, accessibility signage and accessible cashier/service counter at the business known as Hi Tech, located at 6939 Power Inn Road, Sacramento, California. On November 13, 2007, defendant Singh filed an answer, to which is appended a photograph of the parking lot reflecting changes from the photograph appended to the complaint.  Defendant also appended a letter stating he did not receive any correspondence from plaintiff before he was served with process herein.  Defendant stated he started making the necessary changes as soon as he received the summons and asked the court to let him know in writing if any other changes need to be made.  (Answer at 2.)

1    On December 27, 2007, plaintiff filed a status report in which he requested an
2 early settlement conference.
3    Good cause appearing, this matter will be set for settlement conference. The
4 parties shall file settlement conference statements pursuant to Local Rule 16-270.
5    IT IS HEREBY ORDERED that a settlement conference is set for March 6, 2008,
6 at 1:30 p.m. in the chambers of the undersigned (16th floor). The parties are referred to Local
7 Rule 16-270 and are cautioned that compliance with Local Rule 16-270(f) is required. By close
8 of business March 3, 2008, the parties shall file settlement conference statements pursuant to
9 Local Rule 16-270.
10 DATED: February 7, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001;john2076.set