IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                    No. 2:07cv2076 FCD

    vs.

SATWANT SINGH, Individually and d/b/a Hi Tech,

    Defendants.              <u>ORDER</u>

_____/

       After two settlement conferences this matter is not resolved, and further settlement efforts would be futile.  This matter is ready for pretrial conference and trial.

       The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a).

       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for such further proceedings as may be appropriate or required.

DATED: June 19, 2008.

                                                  UNITED STATES MAGISTRATE JUDGE

/john2076.rec

1